**Electronically Filed
Supreme Court
SCPW-13-0005293
21-FEB-2014
10:37 AM**

SCPW-13-0005293

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRISTOPHER LEE SLAVICK, Petitioner,

vs.

THE HONORABLE KAREN S.S. AHN, Circuit Court
Judge of the Circuit Court of the First Circuit,
Respondent Judge,

and

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 04-1-1534)

ORDER DENYING AS MOOT APPLICATION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's application for a writ of mandamus, filed on November 15, 2013, the respondent judge's answer to the application for a writ of mandamus, filed on February 3, 2014, the State of Hawai'i's answer to the application for a writ of mandamus, filed on February 4, 2014, the respective supporting documents, and the record, it appears that on January 23, 2014, the respondent judge

filed an amended summary judgment of conviction and sentence and an amended mittimus (warrant of commitment to jail) to include the circumstances of the offense in which the respondent judge found petitioner guilty of summary contempt of court.  See HRS § 710-1077(5) ("Whenever a person is convicted of criminal contempt of court or sentenced therefor, the particular circumstances of the offense shall be set forth in the judgment and in the order or warrant of commitment.")  Therefore,

IT IS HEREBY ORDERED that the application for a writ of mandamus is denied as moot.

DATED: Honolulu, Hawaiʻi, February 21, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack